THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH GAROFALO, Appellant.— Appeal by defendant, as limited by his brief, from an amended judgment of the Supreme Court, Suffolk County, rendered January 18, 1974, which revoked his probation and imposed sentence. Amended judgment affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

WILLIAM WESTERVELT, JR., Appellant, v. CAROLE WESTERVELT, Respondent.— Appeal from two orders of the Supreme Court, Suffolk County, dated July 19, 1973 and November 19, 1973, both made upon a decision dated May 30, 1973, dismissed as academic. Both orders (the second was repetitive of the first) were superseded by a third order of the same court, also dated July 19, 1973, which in part granted a motion for reargument. The latter order of July 19, 1973 is affirmed insofar as it adhered to said decision of May 30, 1973. No opinion. Respondent is awarded one bill of $20 costs and disbursements to cover all the appeals. Martuscello, Acting P. J., Latham, Brennan and Benjamin, JJ., concur. Cohalan, J., not voting.